**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**GEORGE EDWARD ADAMS, III,
ADC #154094**                                                                                               **PLAINTIFF**

V.                             **CASE NO. 4:15-CV-00714 SWW/BD**

**BANG, et al.**                                                                                                   **DEFENDANTS**

## ORDER

Plaintiff George Adams III, who is currently being held at the Pulaski County Detention Facility on a parole violation, filed this case *pro se* under 42 U.S.C. § 1983. (Docket entry #1)  For screening purposes, Mr. Adams has stated a deliberate-indifference claim regarding his medical care after he broke his collar bone and a failure-to-protect claim against Defendant Collins; and an excessive-force claim against Defendant Bang. (#2)  Accordingly, service is proper.

The Clerk of Court is directed to prepare summonses for the Defendants.  The United States Marshal is directed to serve copies of the Complaint, with any attachments (#2), and a summons for each of these Defendants without requiring prepayment of fees and costs or security.  Service for Defendant Collins should be through counsel for Correct Care Solutions, Humphries, Odum and Eubanks, P. O. Box 20670, White Hall, Arkansas, 72612.  Service for Defendant Bang should be through the Arkansas

Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

IT IS SO ORDERED this 3rd day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE