# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**GEORGE EDWARD ADAMS, III,**
**ADC #154094**                                                                                             **PLAINTIFF**

**V.**                              **CASE NO. 4:15-CV-00714 SWW/BD**

**JASON BANGS, et al.**                                                                                    **DEFENDANTS**

### ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Adams's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Adams's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED, this 7th day of July, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE